IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FEDERAL HOME LOAN MORTGAGE   )
CORPORATION,                 )
                             )
      Plaintiff and          )
      Counter-Defendant,     )
                             )        CIVIL ACTION NO.
      v.                     )         2:16cv742-MHT
                             )            (WO)
ANTHONY THOMAS,              )
                             )
      Defendant and          )
      Counter-Claimant,      )
                             )
      v.                     )
                             )
WELLS FARGO BANK, N.A.,      )
                             )
      Counter-Defendant.     )
```

OPINION

Plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac") filed an ejectment action against defendant Anthony Thomas. Thomas filed counterclaims for trespass, conversion, and negligence against Freddie Mac and joined Wells Fargo Bank, N.A. ("Wells Fargo") as a defendant to the counterclaims; he also joined a claim against Wells Fargo for wrongful foreclosure. Freddie Mac then removed the case to

federal court.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Freddie Mac and Wells Fargo's partial motion to dismiss be granted as to Thomas's claims for trespass and denied as to his claim for wrongful foreclosure.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of February, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**