IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FEDERAL HOME LOAN MORTGAGE  )
CORPORATION,                )
                            )
    Plaintiff and           )
    Counter-Defendant,      )
                            )    CIVIL ACTION NO.
    v.                      )     2:16cv742-MHT
                            )          (WO)
ANTHONY THOMAS,             )
                            )
    Defendant and           )
    Counter-Claimant,       )
                            )
    v.                      )
                            )
WELLS FARGO BANK, N.A.,     )
                            )
    Counter-Defendant.      )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 20) is adopted.

(2) The partial motion to dismiss (doc. no. 5) is granted only as to Anthony Thomas's trespass claims against Federal Home Loan Mortgage Corporation and

Wells Fargo Bank, N.A., and those claims are dismissed with prejudice.  The motion to dismiss is denied as to the wrongful foreclosure claim against Wells Fargo Bank, N.A.

(3) No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 13th day of February, 2017.

                                /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**