IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **FEDERAL HOME LOAN MORTGAGE CORPORATION,** | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) ) | 2:16cv742-MHT (WO) |
| **ANTHONY THOMAS,** | ) ) | |
| Defendant and Counter-Claimant, | ) ) ) | |
| v. | ) ) | |
| **WELLS FARGO BANK, N.A.,** | ) ) | |
| Counter-Defendant. | ) | |

OPINION AND ORDER

Defendant and counter-claimant Anthony Thomas filed a motion for preliminary injunction seeking to prevent Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A., from disposing of property belonging to him. This case is before the court on the recommendation of the United States Magistrate Judge that Thomas's motion for preliminary injunction be

denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court is of the opinion that the recommendation should be adopted.

\* \* \*

Accordingly, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 30) is adopted.

(2) The motion for preliminary injunction (doc. no. 21) is denied.

(3) This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 21st day of March, 2017.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE